IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN TATE, | : |
| | : Case No. 2:21-cv-02030-KSM |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| PEOPLE'S UNITED FINANCIAL, INC., JOHN P. BARNES, COLLIN P. BARON, GEORGE CARTER, JANE CHWICK, WILLIAM F. CRUGER, JOHN K. DWIGHT, JERRY FRANKLIN, JANET M. HANSEN, NANCY MCALLISTER, MARK RICHARDS, KIRK W. WALTERS, M&T BANK CORPORATION, and BRIDGE MERGER CORP. | : |
| Defendants. | : |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: June 2, 2021

**GRABAR LAW OFFICE**

By: *Joshua H. Grabar*
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*